IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN ALBA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-1721 |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 6th day of November, 2007, it is hereby ORDERED that a settlement conference, in the above-captioned matter, shall be held on November 15, 2007, at 1:00 p.m. in Room #3016, United States Courthouse, before the Honorable Judge Carol Sandra Moore Wells.  All persons with authority must attend unless excused by Judge Wells.

BY THE COURT:

S/ James T. Giles
                    J.